UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
In re:                                                           Case No. 1-25-41478-ess

Frantz Metellus,                                    Chapter 13

                            Debtor.                    Hon. Elizabeth S. Stong
------------------------------------------------------------------x

**AMENDED NOTICE OF MOTION FOR: (A) RELIEF FROM
THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(d)(1);
AND (B) IN REM RELIEF PURSUANT TO 11 U.S.C. §362(d)(4)**

**PLEASE TAKE NOTICE,** that upon the application of attorneys for PHH MORTGAGE CORPORATION AS SERVICER FOR U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE C-BASS MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2007-MX1 (hereinafter "Movant") filed and served on April 25, 2025 [ECF No. 12], the undersigned respectfully moves this Court for an order, pursuant to 11 U.S.C. § 362(d)(1) terminating the automatic stay herein and granting In Rem relief pursuant to 11 U.S.C. § 362(d)(4) as to the lien interest of Movant in real property of the debtor commonly known as 469 Dekalb Avenue, Brooklyn, NY 11205, and such other and further relief as to the Court may seem just and proper.

**PLEASE TAKE FURTHER NOTICE** that this motion shall be returnable on the 18th day of June 2025 at 10:30 AM, or as soon thereafter as counsel can be heard, before the Hon. Elizabeth S. Stong at the United States Bankruptcy Court for the Eastern District of New York, Courtroom 3585, Conrad B. Duberstein U.S. Courthouse, 271-C Cadman Plaza East, Brooklyn, New York 11201.

**PLEASE TAKE FURTHER NOTICE,** unless otherwise notified by the Court, all hearings before Judge Stong will be conducted in person or video, as the Court deems appropriate.

Video hearings are on the *webex* platform at us-courts.webex.com. Whether the hearing is in person or by video, please use eCourt Appearances to register to appear at a hearing. To register, please provide your name, address, e-mail address, telephone number, and the party that you represent, if applicable. Please be sure to register at least two business days before your hearing. For video hearings, you will receive instructions on how to access the hearing via e-mail two business days before the hearing. Participants in the hearing are required to register their appearance by 4:00 PM the day before the hearing utilizing the Court's eCourt Appearances tool at https://ecf.nyeb.uscourts.gov/cgi-bin/nyebAppearances.pl.

**PURSUANT TO BANKRUPTCY RULE 9014 AND LOCAL BANKRUPTCY RULE 9006-1(b), IF YOU INTEND TO OPPOSE THE MOTION, YOU MUST SERVE ON MOVANT'S COUNSEL AND FILE WITH THE CLERK OF THE BANKRUPTCY COURT, WRITTEN OPPOSITION TO THE MOTION SO AS TO ENSURE ACTUAL RECEIPT NOT LATER THAN SEVEN (7) DAYS BEFORE THE RETURN DATE.**

Dated: Westbury, New York
       May 19, 2025

                                      Robertson, Anschutz, Schneid,
                                      Crane & Partners, PLLC
                                      Attorney for Secured Creditor
                                      900 Merchants Concourse, Suite 310
                                      Westbury, NY 11590
                                      Phone: (516) 280-7675
                                      Fax:    (516) 280-7674

                                      By: /s/__*Kevin R. Toole*_____
                                      Kevin R. Toole, Esq.
                                      NYS Bar No. 1968221
                                      Email: .ktoole@raslg.com

TO:

Frantz Metellus
469 Dekalb Avenue
Apt. 2
Brooklyn, NY 11236

469 DeKalb LLC
469 Dekalb Avenue
Brooklyn, NY 11236


Narissa A. Joseph, Esq.
Law Office of Narissa A. Joseph
305 Broadway
Suite 1001
New York, NY 10007

Office of the United States Trustee
Eastern District of NY (Brooklyn)
Alexander Hamilton Custom House
One Bowling Green, Room 510
New York, NY 10004-1408

Bonial & Associates, P.C.
Attn: Paul W. Cervenka, Esq.
14841 Dallas Parkway, Suite 350
Dallas, TX 75254

Fein, Such & Crane, LLP
Attn: Mark K. Broyles, Esq.
288 East Main Street, Suite 1800
Rochester, NY 14614

Honorable Elizabeth S. Stong
U.S. Bankruptcy Court, EDNY
271-C Cadman Plaza East, Suite 1595
Brooklyn, NY 11201-1800